JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ESPARZA, | NO. CV 09-1632 CJC (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| DOMINGO URIBE, Jr., Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: January 16, 2013.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE